| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
06/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Scott** <br> First name <br><br> _____ <br> Middle name <br><br> **Rosenberg** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1529 | |

Debtor 1  **Scott Rosenberg**　　　　　　　　　　　　　　　　　　　　Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN |
| **5. Where you live** | **17060 Tennyson Pl.**<br>**Granada Hills, CA 91344**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **Scott Rosenberg** _____   Case number *(if known)* _____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

☐ No.  Go to line 12.

■ Yes.  Has your landlord obtained an eviction judgment against you?

■ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1  **Scott Rosenberg** _____  Case number *(if known)* _____

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.  I am not filing under Chapter 11.

■ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

---

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 4

| Debtor 1 | **Scott Rosenberg** | Case number *(if known)* |
|---|---|---|

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  **Scott Rosenberg** _____    Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ■ No. Go to line 16b.
- ☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts _____

**17. Are you filing under Chapter 7?**

- ■ No. I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ No
- ☐ Yes

**18. How many Creditors do you estimate that you owe?**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Scott Rosenberg
**Scott Rosenberg**
Signature of Debtor 1                                Signature of Debtor 2

Executed on **November 9, 2022**                     Executed on _____
MM / DD / YYYY                                        MM / DD / YYYY

Debtor 1  **Scott Rosenberg** _____   Case number *(if known)* _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Andy C. Warshaw** _____   Date  **November 9, 2022**
Signature of Attorney for Debtor                                 MM / DD / YYYY

**Andy C. Warshaw**
Printed name

**Financial Relief Law Center, APC**
Firm name

**1200 Main St., Suite C**
**Irvine, CA 92614**
Number, Street, City, State & ZIP Code

Contact phone  **714-442-3319**            Email address   **awarshaw@bwlawcenter.com**

**263880 CA**
Bar number & State

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Scott Rosenberg** <br> First Name    Middle Name    Last Name |
| Debtor 2 <br> (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number <br> (if known) | |

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**Jackare Corp**
**c/o Dale E. Motley**
**Ogden & Motley**
**1900 Ave. of the Stars #650**
**Los Angeles, CA 90067**

Contact

Contact phone

What is the nature of the claim? | Secured by shares all 3 LLC membership interests of the Debtor via charging order. Also secured by UCC Financing Statements. | $1,010,136.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)    $1,010,136.00
    Value of security:    - Unknown
    Unsecured claim    $1,010,136.00

**2**

**Trust B Jack & Charlotte**

What is the nature of the claim? | Creditor holds lien against Debtor's Camino Palmero interest. Creditor lien is subordinate to Jackaire Corp Charging Order | $428,412.00

Debtor 1  **Scott Rosenberg**   Case number *(if known)*

| | |
|---|---|
| **Rosenberg**<br>**c/o Dale E. Motley**<br>**Ogden & Motley**<br>**1900 Ave. of the Stars #2300**<br>**Los Angeles, CA 90067**<br><br>Contact<br><br>Contact phone | **As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>☐ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>☐ No<br>■ Yes. Total claim (secured and unsecured)  **$428,412.00**<br>Value of security:  - **Unknown**<br>Unsecured claim  **$428,412.00** |

**3**

| | |
|---|---|
| **Asher Enterprises, Inc.**<br>**c/o Naidich Wurman, LLP**<br>**111 Great Neck Rd. #214**<br>**Great Neck, NY 11021**<br><br>Contact<br><br>Contact phone | What is the nature of the claim?  **Unsecured judgment**  **$402,230.05**<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>☐ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security:  -<br>Unsecured claim |

**4**

| | |
|---|---|
| **Trust A Jack & Charlotte**<br>**Rosenberg**<br>**Hemar, Rousso & Heald, LLP**<br>**15910 Venture Blvd., 12th Floor**<br>**Encino, CA 91436**<br><br>Contact<br><br>Contact phone | What is the nature of the claim?  **Creditor Holds UCC lien against Walnut Square Apts, LLC. Lien is subordinate to Jackare Charging Order and Trust B**  **$340,373.00**<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>☐ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>☐ No<br>■ Yes. Total claim (secured and unsecured)  **$340,373.00**<br>Value of security:  - **Unknown**<br>Unsecured claim  **$340,373.00** |

**5**

| | |
|---|---|
| **Douglas Emmett**<br>**c/o Hinshaw & Culbertson, LLP**<br>**360 S. Grand Ave. #3600** | What is the nature of the claim?  **Breach of lease. Disputed for failure to timely renew judgment.**  **$336,000.00** |

Debtor 1  **Scott Rosenberg**  Case number *(if known)*

Los Angeles, CA 90071

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**6**

**Jack Rosenberg Family Trust**
**c/o Dale E. Motley**
**Ogden & Motley**
**1900 Ave. of the Stars #650**
**Los Angeles, CA 90067**

**What is the nature of the claim?**  **Abstract**    **$330,526.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)  **$330,526.00**
  - Value of security: -  **$0.00**
  - Unsecured claim  **$330,526.00**

Contact

Contact phone

---

**7**

**Ervin Rustemagic**
**Coleman & Horowitt, LLP**
**1880 Century Park East #204**
**Los Angeles, CA 90067**

**What is the nature of the claim?**  **Judgment**    **$251,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**8**

**RIP Media, Inc.**
**18960 Venture Blvd #1**
**Tarzana, CA 91356**

**What is the nature of the claim?**  **UCC filing at 5% interest only due in 10 years**    **$250,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No

Debtor 1    **Scott Rosenberg**    Case number *(if known)*

| | |
|---|---|
| ■ Yes. Total claim (secured and unsecured) | $250,000.00 |
| Value of security: | - $0.00 |
| Unsecured claim | $250,000.00 |

---

**9**

**Parker Milliken**
**555 S. Flower St. 30th Floor**
**Los Angeles, CA 90071**

What is the nature of the claim?   **Legal fees**   **$216,605.05**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**10**

**Jack & Charlotte Rosenberg Trust**
**Hemar, Rousso & Heald, LLP**
**15910 Venture Blvd. 12th Floor**
**Encino, CA 91436**

What is the nature of the claim?   **Creditor Holds UCC lien against Redlands, LLC. Lien is subordinate to Jackare Charging Order. Judgment dated 4/30/2013, Renewed on 8/28/2018 from Case**   **$186,273.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)   $186,273.00
Value of security: - **Unknown**
Unsecured claim   $186,273.00

---

**11**

**Trust A**
**c/o Dale E. Motley**
**Ogden & Motley**
**1900 Ave. of the Stars #2300**
**Los Angeles, CA 90067-4504**

What is the nature of the claim?   **Judgment dated 6/24/2013, Renewed on 8/20/2019 from Case# SC 117 499 with a $60,800 promissory note.**   **$140,845.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Debtor 1    **Scott Rosenberg**    Case number *(if known)*

---

Contact

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:   -
   Unsecured claim

---

**12**

**Trust B Jack & Charlotte Rosenberg**
**Henmar, Rousso & Heald, LLP**
**15910 Venture Blvd.**
**Encino, CA 91436**

Contact

Contact phone

**What is the nature of the claim?**   **Creditor Holds UCC lien against Walnut Square Apts, LLC. Lien is subordinate to Jackare Charging Order**   **$95,511.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   **$95,511.00**
   Value of security:   -   **Unknown**
   Unsecured claim   **$95,511.00**

---

**13**

**Paul Roupinian**
**5523 Villawood Circle.**
**Calabasas, CA 91302**

Contact

Contact phone

**What is the nature of the claim?**   **Loan**   **$75,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:   -
   Unsecured claim

---

**14**

**Trust B**
**c/o Dale E. Motley**
**Ogden & Motley**
**1900 Avenue of the Stars #2300**
**Los Angeles, CA 90067**

**What is the nature of the claim?**   **Judgment dated 11/20/2012, Renewed on 8/28/2018, from Case# SC 117 500, Sued on 29k promissory note.**   **$71,895.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

---

Debtor 1  **Scott Rosenberg**  Case number *(if known)*

Contact

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security: -
　　Unsecured claim

---

**15**

**Portfolio Recovery Assoc., Inc**
**120 Corporate Blvd Ste 100**
**Norfolk, VA 23502**

**What is the nature of the claim?**  **Collection for Fia Card Barred by statute of limitations**  **$18,987.49**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Contact

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security: -
　　Unsecured claim

---

**16**

**Cach, LLC**
**c/o Mandarich Law Group, LLP**
**6301 Owensmouth Ave. #850**
**Woodland Hills, CA 91367**

**What is the nature of the claim?**  **Collecting for MBNA**  **$7,462.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Contact

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security: -
　　Unsecured claim

---

**17**

**Capital One**
**Attn: Bnakruptcy**
**P.O. Box 30285**
**Salt Lake City, UT 84130**

**What is the nature of the claim?**  **Credit Card**  **$4,696.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Contact

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security: -
　　Unsecured claim

---

**18**

**What is the nature of the claim?**  **Credit Card**  **$77.00**

Debtor 1    **Scott Rosenberg**                                                          Case number *(if known)*

**Capital One**
**Attn: Bnakruptcy**
**P.O. Box 30285**
**Salt Lake City, UT 84130**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:                                -
  Unsecured claim

**19**

**Chase Card Services**
**Attn: Bankruptcy**
**P.O. 15298**
**Wilmington, DE 19850**

What is the nature of the claim?    **Credit Card**    $4.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:                                -
  Unsecured claim

### Part 2:  Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X    **/s/ Scott Rosenberg**                                    X
     **Scott Rosenberg**                                             Signature of Debtor 2
     Signature of Debtor 1

Date    **November 9, 2022**                                 Date

```
Scott Rosenberg
17060 Tennyson Pl.
Granada Hills, CA 91344


Andy C. Warshaw
Financial Relief Law Center, APC
1200 Main St., Suite C
Irvine, CA 92614


Asher Enterprises, Inc.
c/o Naidich Wurman, LLP
111 Great Neck Rd. #214
Great Neck, NY 11021


Brian K. Altounian
3545 Motor Ave.
Los Angeles, CA 90034


Cach, LLC
c/o Mandarich Law Group, LLP
6301 Owensmouth Ave. #850
Woodland Hills, CA 91367


Capital One
Attn: Bnakruptcy
P.O. Box 30285
Salt Lake City, UT 84130


Capital One
Po Box 31293
Salt Lake City, UT 84131


Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850
```

```
Chase Card Services
Po Box 15369
Wilmington, DE 19850


Cybernet Communications, Inc.
2932 Wilshire Blvd.
Santa Monica, CA 90403


Dale Motley
Ogden & Motley
1900 Avenue of the Stars
Suite 2300
Los Angeles, CA 90067-4504


Douglas Emmett
c/o Hinshaw & Culbertson, LLP
360 S. Grand Ave. #3600
Los Angeles, CA 90071


Ervin Rustemagic
Coleman & Horowitt, LLP
1880 Century Park East #204
Los Angeles, CA 90067


Franchise Tax Board
PIT Bankruptcy MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Jack & Charlotte Rosenberg Trust
Hemar, Rousso & Heald, LLP
15910 Venture Blvd. 12th Floor
Encino, CA 91436
```

```
Jack Rosenberg Family Trust
c/o Dale E. Motley
Ogden & Motley
1900 Ave. of the Stars #650
Los Angeles, CA 90067


Jackare Corp
c/o Dale E. Motley
Ogden & Motley
1900 Ave. of the Stars #650
Los Angeles, CA 90067


Pam Rosenberg
23553 Kivik St.
Woodland Hills, CA 91367


Parker Milliken
555 S. Flower St. 30th Floor
Los Angeles, CA 90071


Paul Roupinian
5523 Villawood Circle.
Calabasas, CA 91302


Platinum Studios
815 Moraga Dr.
Suite 207
Los Angeles, CA 90049


Platinum Studios Inc.
815 Moraga Dr.
Suite 207
Los Angeles, CA 90049


Platinum Studios, LLC
2029 South Westgate Ave.
Los Angeles, CA 90025
```

```
Portfolio Recovery Assoc., Inc
120 Corporate Blvd Ste 100
Norfolk, VA 23502


Rip Media
18960 Ventura Blvd #1
Tarzana, CA 91356


RIP Media, Inc.
18960 Venture Blvd #1
Tarzana, CA 91356


Trust A
c/o Dale E. Motley
Ogden & Motley
1900 Ave. of the Stars #2300
Los Angeles, CA 90067-4504


Trust A Jack & Charlotte Rosenberg
Hemar, Rousso & Heald, LLP
15910 Venture Blvd., 12th Floor
Encino, CA 91436


Trust B
c/o Dale E. Motley
Ogden & Motley
1900 Avenue of the Stars #2300
Los Angeles, CA 90067


Trust B Jack & Charlotte Rosenberg
c/o Dale E. Motley
Ogden & Motley
1900 Ave. of the Stars #2300
Los Angeles, CA 90067


Trust B Jack & Charlotte Rosenberg
Henmar, Rousso & Heald, LLP
15910 Venture Blvd.
Encino, CA 91436
```