| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andy C. Warshaw SBN 263880<br>Rich Sturdevant SBN 269088<br>Financial Relief Law Center, APC<br>1200 Main St. Ste C<br>Irvine, CA 92614<br>T: 714-442-3335<br>F: 714-361-5376<br>rich@bwlawcenter.com | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>Scott Rosenberg<br><br><br><br>Debtor(s). | CASE NO.: 1:22-bk-11305-MB<br>CHAPTER: 11<br><br>**NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(with supporting declarations)**<br>**(ACTION IN NONBANKRUPTCY FORUM)**<br><br>DATE: 01/24/2023<br>TIME: 10:00 am<br>COURTROOM: Zoomgov |
|---|---|
| **Movant**: Scott Rosenberg | |

1. **Hearing Location**:
   - ☐ 255 East Temple Street, Los Angeles, CA 90012
   - ☒ 21041 Burbank Boulevard, Woodland Hills, CA 91367
   - ☐ 3420 Twelfth Street, Riverside, CA 92501
   - ☐ 411 West Fourth Street, Santa Ana, CA 92701
   - ☐ 1415 State Street, Santa Barbara, CA 93101

2. Notice is given to the Debtor and trustee (*if any*)(Responding Parties), their attorneys (*if any*), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                          Page 1                          F 4001-1.RFS.NONBK.MOTION

4. When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5. If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6. ☒ This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d). If you wish to oppose this motion, you must file and serve a written response to this motion no later than 14 days before the hearing and appear at the hearing.

7. ☐ This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b). If you wish to oppose this motion, you must file and serve a response no later than (*date*) _____ and (*time*) _____; and, you may appear at the hearing.

   a. ☐ An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

   b. ☐ An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

   c. ☐ An application for order setting hearing on shortened notice was filed and remains pending. After the court rules on that application, you will be served with another notice or an order that specifies the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date: 12/22/2022

Financial Relief Law Center
Printed name of law firm (if applicable)

Richard Sturdevant
Printed name of individual Movant or attorney for Movant

/s/ Richard Sturdevant
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                   Page 2                         F 4001-1.RFS.NONBK.MOTION

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO NONBANKRUPTCY ACTION

1. **In the Nonbankruptcy Action, Movant is:**

   a. ☒ Plaintiff
   b. ☐ Defendant
   c. ☐ Other (*specify*):

2. **The Nonbankruptcy Action:** There is a pending lawsuit or administrative proceeding (Nonbankruptcy Action) involving the Debtor or the Debtor's bankruptcy estate:

   a. *Name of Nonbankruptcy Action*: In Re Matter of: The Jack and Charlotte Rosenberg Family Trust
   b. *Docket number*: 18STPB06444
   c. *Nonbankruptcy forum where Nonbankruptcy Action is pending*:
      Los Angeles County Superior Court
   d. Causes of action or claims for relief (Claims):
      See Memorandum of Points and Authorities filed in support of this motion for explanation of claims for relief.

3. **Bankruptcy Case History:**

   a. ☒ A voluntary  ☐ An involuntary  petition under chapter  ☐ 7  ☒ 11  ☐ 12  ☐ 13
      was filed on (*date*) __11/09/2022__.

   b. ☐ An order to convert this case to chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13
      was entered on (*date*) _____.

   c. ☐ A plan was confirmed on (*date*) _____.

4. **Grounds for Relief from Stay:** Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay to proceed with the Nonbankruptcy Action to final judgment in the nonbankruptcy forum for the following reasons:

   a. ☐ Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor or property of the Debtor's bankruptcy estate.

   b. ☐ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

   c. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

   d. ☐ The Claims are nondischargeable in nature and can be most expeditiously resolved in the nonbankruptcy forum.

   e. ☒ The Claims arise under nonbankruptcy law and can be most expeditiously resolved in the nonbankruptcy forum.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                              Page 3                                    F 4001-1.RFS.NONBK.MOTION

    f. ☐ The bankruptcy case was filed in bad faith.

        (1) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.

        (2) ☐ The timing of the filing of the bankruptcy petition indicates that it was intended to delay or interfere with the Nonbankruptcy Action.

        (3) ☐ Multiple bankruptcy cases affect the Nonbankruptcy Action.

        (4) ☐ The Debtor filed only a few case commencement documents. No schedules or statement of financial affairs (or chapter 13 plan, if appropriate) has been filed.

    g. ☐ Other (*specify*):

5. **Grounds for Annulment of Stay.** Movant took postpetition actions against the Debtor.

    a. ☐ The actions were taken before Movant knew that the bankruptcy case had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

    b. ☐ Although Movant knew the bankruptcy case was filed, Movant previously obtained relief from stay to proceed in the Nonbankruptcy Action in prior bankruptcy cases affecting the Nonbankruptcy Action as set forth in Exhibit. _____.

    c. ☐ Other (*specify*):

6. **Evidence in Support of Motion:** (*Important Note: declaration(s) in support of the Motion MUST be signed under penalty of perjury and attached to this motion.*)

    a. ☒ The DECLARATION RE ACTION IN NONBANKRUPTCY FORUM on page 6.

    b. ☐ Supplemental declaration(s).

    c. ☐ The statements made by Debtor under penalty of perjury concerning Movant's claims as set forth in Debtor's case commencement documents. Authenticated copies of the relevant portions of the Debtor's case commencement documents are attached as Exhibit. _____.

    d. ☐ Other evidence (*specify*):

7. ☒ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**Movant requests the following relief:**

1. Relief from the stay pursuant to 11 U.S.C. § 362(d)(1).

2. ☒ Movant may proceed under applicable nonbankruptcy law to enforce its remedies to proceed to final judgment in the nonbankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against the Debtor or property of the Debtor's bankruptcy estate.

3. ☐ The stay is annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant in the Nonbankruptcy Action shall not constitute a violation of the stay.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                       Page 4                       F 4001-1.RFS.NONBK.MOTION

4. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified, or annulled as to the co-debtor, on the same terms and condition as to the Debtor.

5. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

6. ☐ The order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Nonbankruptcy Action.

7. ☐ The order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice

8. ☐ Other relief requested.

Date: 12/22/2022

Financial Relief Law Center, APC
Printed name of law firm (*if applicable*)

Richard Sturdevant
Printed name of individual Movant or attorney for Movant

/s/ Richard Sturdevant
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                   Page 5                                   F 4001-1.RFS.NONBK.MOTION

## DECLARATION RE ACTION IN NONBANKRUPTCY FORUM

I, (*name of Declarant*) Scott Rosenberg _____, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding (Nonbankruptcy Action) because:

   ☒ I am the Movant.
   ☐ I am Movant's attorney of record in the Nonbankruptcy Action.
   ☐ I am employed by Movant as (*title and capacity*):
   ☐ Other (*specify*):

2. I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the Nonbankruptcy Action. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

3. In the Nonbankruptcy Action, Movant is:

   ☒ Plaintiff
   ☐ Defendant
   ☐ Other (*specify*):

4. The Nonbankruptcy Action is pending as:

   a. *Name of Nonbankruptcy Action*: In Re Matter of: The Jack and Charlotte Rosenberg Family Trust
   b. *Docket number*: 18STPB06444
   c. *Nonbankruptcy court or agency where Nonbankruptcy Action is pending*:
      Los Angeles County Superior Court

5. **Procedural Status of Nonbankruptcy Action**:

   a. The Claims are:
      See Memorandum of Points and Authorities filed in support of this motion for detailed explanation of Debtor's claims for relief.

   b. True and correct copies of the documents filed in the Nonbankruptcy Action are attached as Exhibit _____.

   c. The Nonbankruptcy Action was filed on (*date*) 07/12/2018 .

   d. Trial or hearing began/is scheduled to begin on (*date*) _____.

   e. The trial or hearing is estimated to require _____ days (*specify*).

   f. Other plaintiffs in the Nonbankruptcy Action are (*specify*):
      There are no other plaintiffs. Trial is not yet set.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 6                          F 4001-1.RFS.NONBK.MOTION

g. Other defendants in the Nonbankruptcy Action are (*specify*):
   Mark Rosenberg

6. **Grounds for relief from stay:**

   a. ☐ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or the Debtor's bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

   b. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or the Debtor's bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

   c. ☐ Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor or property of the Debtor's bankruptcy estate. The insurance carrier and policy number are (*specify*):

   d. ☒ The Nonbankruptcy Action can be tried more expeditiously in the nonbankruptcy forum.
      (1) ☐ It is currently set for trial on (*date*) _____.
      (2) ☒ It is in advanced stages of discovery and Movant believes that it will be set for trial by (*date*) 04/01/2023 . The basis for this belief is (*specify*):

      (3) ☒ The Nonbankruptcy Action involves non-debtor parties and a single trial in the nonbankruptcy forum is the most efficient use of judicial resources.

   e. ☐ The bankruptcy case was filed in bad faith specifically to delay or interfere with the prosecution of the Nonbankruptcy Action.
      (1) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.
      (2) ☐ The timing of the filing of the bankruptcy petition indicates it was intended to delay or interfere with the Nonbankruptcy Action based upon the following facts (*specify*):

      (3) ☐ Multiple bankruptcy cases affecting the Property include:
         (A) Case name:
             Case number:                              Chapter:
             Date filed:         Date discharged:                    Date dismissed:
             Relief from stay regarding this Nonbankruptcy Action   ☐ was  ☐ was not  granted.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 7                          F 4001-1.RFS.NONBK.MOTION

    (B) Case name:
        Case number:                      Chapter:
        Date filed:          Date discharged:         Date dismissed:
        Relief from stay regarding this Nonbankruptcy Action  ☐ was  ☐ was not  granted.

    (C) Case name:
        Case number:                      Chapter:
        Date filed:          Date discharged:         Date dismissed:
        Relief from stay regarding this Nonbankruptcy Action  ☐ was  ☐ was not  granted.

    ☐ See attached continuation page for information about other bankruptcy cases affecting the Nonbankruptcy Action.

    ☐ See attached continuation page for additional facts establishing that this case was filed in bad faith.

f.  ☐ See attached continuation page for other facts justifying relief from stay.

7.  ☐ Actions taken in the Nonbankruptcy Action after the bankruptcy petition was filed are specified in the attached supplemental declaration(s).

  a.  ☐ These actions were taken before Movant knew the bankruptcy petition had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

  b.  ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with the Nonbankruptcy Action enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit ____

  c.  ☐ For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed name | Signature |
|---|---|---|
| 12/30/2022 | Scott Rosenberg | /s/ Scott |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014            Page 8           F 4001-1.RFS.NONBK.MOTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1200 Main St. Ste C
Irvine, CA 92614

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (ACTION IN NONBANKRUPTCY FORUM)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/03/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

 Arvind Nath Rawal  arawal@aisinfo.com; MIchael Jay Berger  michael.berger@bankruptcypower.com; Korinny Sanchez  askbk@resurgent.com; Rebecca J Winthrop  rebecca.winthrop@nortonrosefulbright.com; Andy C. Warshaw  awarshaw@bwlawcenter.com; Russell Clementson  russell.clementson@usdoj.gov; United States Trustee  ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 01/03/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
 Service performed by certificateofservice.com at attorney's request

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/03/2023 | Richard Sturdevant | /s/ Richard Sturdevant |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                                                 Page 9                                              F 4001-1.RFS.NONBK.MOTION

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-1<br>Case 1:22-bk-11305-MB<br>Central District of California<br>San Fernando Valley<br>Tue Jan  3 11:22:13 PST 2023 | ~~BMW Financial Services NA, LLC  c/o AIS Port~~<br>~~4515 N Santa Fe Ave. Dept.  APS~~<br>~~Oklahoma City, OK 73118-7901~~ | ~~CACH LLC~~<br>~~c/o Resurgent Capital Services~~<br>~~PO Box 10587~~<br>~~Greenville, SC 29603-0587~~ |
| ~~San Fernando Valley Division~~<br>~~21041 Burbank Blvd,~~<br>~~Woodland Hills, CA 91367-6606~~ | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Asher Enterprises, Inc.<br>c/o Naidich Wurman, LLP<br>111 Great Neck Rd. #214<br>Great Neck, NY 11021-5408 |
| Brian K. Altounian<br>3545 Motor Ave.<br>Los Angeles, CA 90034-4806 | ~~CACH, LLC~~<br>~~Resurgent Capital Services~~<br>~~PO Box 10587~~<br>~~Greenville, SC 29603-0587~~ | ~~Cach, LLC~~<br>~~c/o Mandarich Law Group, LLP~~<br>~~6301 Owensmouth Ave. #850~~<br>~~Woodland Hills, CA 91367-2271~~ |
| Capital One<br>Attn: Bnakruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Cybernet Communications, Inc.<br>2932 Wilshire Blvd.<br>Santa Monica, CA 90403-4908 | Dale Motley<br>Ogden & Motley<br>1900 Avenue of the Stars<br>Suite 2300<br>Los Angeles, CA 90067-4504 | Douglas Emmett<br>c/o Hinshaw & Culbertson, LLP<br>360 S. Grand Ave. #3600<br>Los Angeles, CA 90071 |
| Ervin Rustemagic<br>Coleman & Horowitt, LLP<br>1880 Century Park East #204<br>Los Angeles, CA 90067-1602 | Franchise Tax Board<br>PIT Bankruptcy MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Jack & Charlotte Rosenberg Trust<br>Hemar, Rousso & Heald, LLP<br>15910 Venture Blvd. 12th Floor<br>Encino, CA 91436-2802 | Jack Rosenberg Family Trust<br>c/o Dale E. Motley<br>Ogden & Motley<br>1900 Ave. of the Stars #650<br>Los Angeles, CA 90067-4662 | Jackare Corp<br>c/o Dale E. Motley<br>Ogden & Motley<br>1900 Ave. of the Stars #650<br>Los Angeles, CA 90067-4662 |
| Pam Rosenberg<br>23553 Kivik St.<br>Woodland Hills, CA 91367-6031 | Parker Milliken<br>555 S. Flower St. 30th Floor<br>Los Angeles, CA 90071-2440 | Paul Roupinian<br>5523 Villawood Circle.<br>Calabasas, CA 91302-3107 |
| Platinum Studios<br>815 Moraga Dr.<br>Suite 207<br>Los Angeles, CA 90049-1633 | Platinum Studios, LLC<br>2029 South Westgate Ave.<br>Los Angeles, CA 90025-6118 | Portfolio Recovery Assoc., Inc<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502-4952 |
| RIP Media, Inc.<br>18960 Venture Blvd #1<br>Tarzana, CA 91356-3224 | Rip Media<br>18960 Ventura Blvd #1<br>Tarzana, CA 91356-3224 | Trust A<br>c/o Dale E. Motley<br>Ogden & Motley<br>1900 Ave. of the Stars #2300<br>Los Angeles, CA 90067-4504 |

| | | |
|---|---|---|
| Trust A Jack & Charlotte Rosenberg<br>Hemar, Rousso & Heald, LLP<br>15910 Venture Blvd., 12th Floor<br>Encino, CA 91436-2802 | Trust B<br>c/o Dale E. Motley<br>Ogden & Motley<br>1900 Avenue of the Stars #2300<br>Los Angeles, CA 90067-4504 | Trust B Jack & Charlotte Rosenberg<br>Henmar, Rousso & Heald, LLP<br>15910 Venture Blvd.<br>Encino, CA 91436-2829 |
| Trust B Jack & Charlotte Rosenberg<br>c/o Dale E. Motley<br>Ogden & Motley<br>1900 Ave. of the Stars #2300<br>Los Angeles, CA 90067-4504 | ~~United States Trustee (SV)~~<br>~~915 Wilshire Blvd, Suite 1850~~<br>~~Los Angeles, CA 90017-3560~~ | ~~Andrea Rosenberg Romine~~<br>~~Norton Rose Fulbright US LLP~~<br>~~555 South Flower St., 41st Floor~~<br>~~Los Angeles, CA 90071-2300~~ |
| ~~Andy C Warshaw~~<br>~~Financial Relief Law Center, APC~~<br>~~1200 Main Street~~<br>~~Ste #C~~<br>~~Irvine, CA 92614-6749~~ | ~~Mark Rosenberg~~<br>~~Norton Rose Fulbright US LLP~~<br>~~555 South Flower St., 41st Floor~~<br>~~Los Angeles, CA 90071-2300~~ | ~~Michael Jay Berger~~<br>~~Law Offices of Michael Jay Berger~~<br>~~9454 Wilshire Blvd., 6th Floor~~<br>~~6th Floor~~<br>~~Los Angeles, CA 90212-2980~~ |
| ~~Scott Rosenberg~~<br>~~17060 Tennyson Pl.~~<br>~~Granada Hills, CA 91344-1232~~ | ~~Winthrop Rebecca J.~~<br>~~Norton Rose Fulbright US LLP~~<br>~~555 S. Flower St., 41st Floor~~<br>~~Los Angeles, CA 90071-2300~~ | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>Po Box 15369<br>Wilmington, DE 19850 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Platinum Studios Inc.<br>815 Moraga Dr.<br>Suite 207<br>Los Angeles, CA 90049-1633 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     1<br>Total                  41 |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| IN RE: | CASE NO: 22-11305 |
|---|---|
| Scott Rosenberg | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>Judge: Hon. Martin R. Barash<br>Hearing Location: Zoom Gov<br>Hearing Date: January 24, 2023<br>Hearing Time: 10:00 a.m. |

On 1/3/2023, I did cause a copy of the following documents, described below,

Notice of Motion and Motion for Relief from the Automatic Stay

Memorandum of Points and Authorities

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/3/2023

/s/ Richard Sturdevant
Richard Sturdevant  269088

Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA  92614
714 442 3335
rich@bwlawcenter.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| IN RE: | CASE NO: 22-11305 |
|---|---|
| Scott Rosenberg | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11<br>Judge: Hon. Martin R. Barash<br>Hearing Location: Zoom Gov<br>Hearing Date: January 24, 2023<br>Hearing Time: 10:00 a.m. |

On 1/3/2023, a copy of the following documents, described below,

Notice of Motion and Motion for Relief from the Automatic Stay

Memorandum of Points and Authorities

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/3/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA  92614

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE LIST USES PREFERRED ADDRESSES
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
09731
CASE 1-22-BK-11305-MB
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY
TUE JAN 3 11-22-13 PST 2023

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

ASHER ENTERPRISES INC
CO NAIDICH WURMAN LLP
111 GREAT NECK RD 214
GREAT NECK NY 11021-5408

BRIAN K ALTOUNIAN
3545 MOTOR AVE
LOS ANGELES CA 90034-4806

CAPITAL ONE
ATTN BNAKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY UT 84131-0293

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

CYBERNET COMMUNICATIONS INC
2932 WILSHIRE BLVD
SANTA MONICA CA 90403-4908

DALE MOTLEY
OGDEN  MOTLEY
1900 AVENUE OF THE STARS
SUITE 2300
LOS ANGELES CA 90067-4504

DOUGLAS EMMETT
CO HINSHAW  CULBERTSON LLP
360 S GRAND AVE 3600
LOS ANGELES CA 90071

ERVIN RUSTEMAGIC
COLEMAN  HOROWITT LLP
1880 CENTURY PARK EAST 204
LOS ANGELES CA 90067-1602

FRANCHISE TAX BOARD
PIT BANKRUPTCY MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JACK  CHARLOTTE ROSENBERG TRUST
HEMAR ROUSSO  HEALD LLP
15910 VENTURE BLVD 12TH FLOOR
ENCINO CA 91436-2802

JACK ROSENBERG FAMILY TRUST
CO DALE E MOTLEY
OGDEN  MOTLEY
1900 AVE OF THE STARS 650
LOS ANGELES CA 90067-4662

JACKARE CORP
CO DALE E MOTLEY
OGDEN  MOTLEY
1900 AVE OF THE STARS 650
LOS ANGELES CA 90067-4662

PAM ROSENBERG
23553 KIVIK ST
WOODLAND HILLS CA 91367-6031

PARKER MILLIKEN
555 S FLOWER ST 30TH FLOOR
LOS ANGELES CA 90071-2440

PAUL ROUPINIAN
5523 VILLAWOOD CIRCLE
CALABASAS CA 91302-3107

PLATINUM STUDIOS
815 MORAGA DR
SUITE 207
LOS ANGELES CA 90049-1633

PLATINUM STUDIOS LLC
2029 SOUTH WESTGATE AVE
LOS ANGELES CA 90025-6118

PORTFOLIO RECOVERY ASSOC INC
120 CORPORATE BLVD STE 100
NORFOLK VA 23502-4952

RIP MEDIA INC
18960 VENTURE BLVD 1
TARZANA CA 91356-3224

RIP MEDIA
18960 VENTURA BLVD 1
TARZANA CA 91356-3224

TRUST A
CO DALE E MOTLEY
OGDEN  MOTLEY
1900 AVE OF THE STARS 2300
LOS ANGELES CA 90067-4504

TRUST A JACK  CHARLOTTE ROSENBERG
HEMAR ROUSSO  HEALD LLP
15910 VENTURE BLVD 12TH FLOOR
ENCINO CA 91436-2802

TRUST B
CO DALE E MOTLEY
OGDEN  MOTLEY
1900 AVENUE OF THE STARS 2300
LOS ANGELES CA 90067-4504

PARTIES DESIGNATED AS "NOT LISTED" WERE NOT SERVED VIA USPS FIRST CLASS MAIL THROUGH USPS ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF DELIVERY" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

TRUST B JACK  CHARLOTTE ROSENBERG
HENMAR ROUSSO  HEALD LLP
15910 VENTURE BLVD
ENCINO CA 91436-2829

TRUST B JACK  CHARLOTTE ROSENBERG
CO DALE E MOTLEY
OGDEN  MOTLEY
1900 AVE OF THE STARS 2300
LOS ANGELES CA 90067-4504