REBECCA J. WINTHROP (CA BAR NO. 116386)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:     (213) 892-9200
Facsimile:      (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com

Attorneys for Creditors Jackare Corp., Mark Rosenberg and Andrea Rosenberg Romine

**FILED & ENTERED**

**JAN 19 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SCOTT ROSENBERG<br><br>Debtor. | Case No.1:22-BK-11305-MB<br><br>Chapter 11<br><br>**ORDER DIRECTING FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 EXAMINATION OF SCOTT ROSENBERG AND PRODUCTION OF DOCUMENTS**<br><br>[No hearing required per Local Bankruptcy Rules 2004-1(d) and 9013-1(p)(3)] |

The Court has considered the *Motion for Order Directing Federal Rule of Bankruptcy Procedure 2004 Examination of Scott Rosenberg and Production of Documents* (the "Rule 2004 Motion") filed by Jackare Corp., Mark Rosenberg and Andrea Rosenberg Romine (together, "Movants"), and has noted that the Motion is unopposed. With good cause appearing therefore,

IT IS HEREBY ORDERED:

(a)    The Rule 2004 Motion is granted as modified below; ~~in its entirety~~; and

(b)    The examination of the Debtor shall be conducted by counsel for the

1  Movants on <u>within 30 calendar days of the entry of this Order,</u> ~~February 6, 2023, at 9:30 a.m.,~~ or at such other date and time that Movants may set after reasonable notice, at the offices of Norton Rose Fulbright US LLP, 555 South Flower St., 41st Floor, Los Angeles, CA 90071, or at such other place as Movants and Debtor, or their respective counsel, may agree.  The examination will be under oath, will continue from day to day until completion, may be taken before a certified shorthand reporter, and may be videotaped.

(c) The Debtor shall produce all non-privileged documents responsive to Exhibit A to the Rule 2004 Motion (both electronic and hard copy) to Norton Rose Fulbright US LLP, Attn: Rebecca J. Winthrop, 555 South Flower Street. 41st Floor, Los Angeles, CA 90071, by no later than <u>seven calendar days prior to the date of the examination,</u> ~~5:00 p.m., on January 30, 2023~~, or at such other date, time, and place as Movants and Debtor, or their respective counsel, may agree.

### #

Date: January 19, 2023

*Martin R. Barash*
_____
Martin R Barash
United States Bankruptcy Judge